EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:

Milton J. Rúa Cabrer


2001 TSPR 56



Número del Caso: TS-4441


Fecha: 20/abril/2001


Oficina del Procurador General:

                                Lcda. Cynthia Iglesias Quiñones
                                Procuradora General Auxiliar


Abogado de la Parte Querellada:

                                Lcdo. Harry Anduze Montaño



Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo
que está sujeto a los cambios y correcciones del proceso de
compilación y publicación oficial de las decisiones del Tribunal.
Su distribución electrónica se hace como un servicio público a la
comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Milton J. Rúa Cabrer

TS:4441

RESOLUCIÓN

San Juan, Puerto Rico, a 20 de abril de 2001

Examinado el Informe de la Comisión de Reputación de Aspirantes al Ejercicio de la Abogacía de 5 de marzo de 2001 y todos los documentos presentados en este caso, se ordena la reinstalación del señor Milton J. Rúa Cabrer al ejercicio de la abogacía.

**Publíquese.**

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Naveira de Rodón no interviene. El Juez Asociado señor Hernández Denton está inhibido.

Isabel Llompart Zeno

secretaria del Tribunal Supremo